| | | |
|---|---|---|
| People v Dame | 4th Dept: 144 AD3d 1625 (Onondaga) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Devaney | 2d Dept: 146 AD3d 803 (Kings) | denied 3/3/17 (Stein, J.) |
| People v DiPalma (Samuel) | 4th Dept: 145 AD3d 1647 (Erie) | denied 3/23/17 (Garcia, J.) (Appeal No. 1) |
| People v DiPalma (Samuel) | 4th Dept: 145 AD3d 1647 (Erie) | denied 3/23/17 (Garcia, J.) (Appeal No. 2) |
| People v Duart | 2d Dept: 144 AD3d 1173 (Suffolk) | denied 3/1/17 (Fahey, J.) |
| People v Eghebamien | 1st Dept: 146 AD3d 414 (Bronx) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Encarnacion | App Div, 1st Dept: 2016 NY Slip Op 89384(U) (NY) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Encarnacion-Cross | App Div, 1st Dept: 2016 NY Slip Op 89384(U) (NY) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Evans | App Term, 1st Dept: 54 Misc 3d 129(A) (NY) | denied 3/14/17 (Fahey, J.) |
| People v Flores (John) | 1st Dept: 134 AD3d 425 (NY) | denied 3/21/17 (DiFiore, Ch. J.) |
| People v Flores (John) | 1st Dept: 143 AD3d 537 (NY) | denied 3/21/17 (DiFiore, Ch. J.) |
| People v Forbes | 1st Dept: 146 AD3d 572 (NY) | denied 3/30/17 (Rivera, J.) |
| People v Franklin | 3d Dept: 146 AD3d 1082 (Ulster) | denied 3/17/17 (DiFiore, Ch. J.) |
| People v Fred | 3d Dept: 144 AD3d 1399 (Schenectady) | denied 3/2/17 (Rivera, J.) |
| People v Garcia | 1st Dept: 146 AD3d 503 (Bronx) | denied 3/9/17 (DiFiore, Ch. J.) |
| People v Garlick | 1st Dept: 144 AD3d 605 (Bronx) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Gaston | 1st Dept: 146 AD3d 412 (NY) | denied 3/31/17 (Fahey, J.) |
| People v Genao | 2d Dept: 145 AD3d 739 (Kings) | denied 3/27/17 (Stein, J.) |
| People v Giurdanella | 1st Dept: 144 AD3d 479 (NY) | denied 3/22/17 (Stein, J.) |
| People v Gnesin | 1st Dept: 127 AD3d 652 (NY) | denied 3/15/17 (DiFiore, Ch. J.) |
| People v Gomez | 1st Dept: 146 AD3d 622 (NY) | denied 3/31/17 (Fahey, J.) |
| People v Goodman | 1st Dept: 146 AD3d 602 (NY) | denied 3/21/17 (Stein, J.) |